**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Noel Bravo Sosa

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,              )<br>                                      )<br>        vs.                          )<br>                                      )<br>                                      )<br>NOEL BRAVO-SOSA,                      )<br>                                      )<br>                                      )<br>            Defendant.               )<br>_____) | No. 2:01-cr-0264 MCE<br><br>STIPULATION CONTINUING SENTENCING<br><br>ORDER ~~(PROPOSED)~~<br><br>Date: February 14, 2006<br>Time: 8:30 AM<br>Court: MCE |

This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for sentencing on January 17, 2006. The parties, through their respective counsel, stipulate to the continuance of the sentencing to February 14, 2006 at 8:30 AM.

///

///

///

-1-

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

**IT IS SO STIPULATED**

DATED: January 12, 2006   /S/ Michael B. Bigelow
                          Michael B. Bigelow
                          Attorney for Defendant


Dated: January 12, 2006   /S/ Christine Watson
                          Christine, AUSA


**~~PROPOSED~~ ORDER**

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued to February 14, 2006. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE