**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Noel Bravo Sosa

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>     vs.                          )<br>                                  )<br>                                  )<br>NOEL BRAVO-SOSA,                  )<br>                                  )<br>           Defendant.             )<br>_____) | No. 2:01-cr-0264 MCE<br><br>STIPULATION CONTINUING<br>SENTENCING<br><br>ORDER ~~(PROPOSED)~~<br><br>Date: March 14, 2006<br>Time: 8:30 AM<br>Court: MCE |

     This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for sentencing on February 14, 2006. The parties, through their respective counsel, stipulate to the continuance of the sentencing to March 14, 2006 at 8:30 AM.

     The undersigned was neither trial counsel nor counsel on appeal and has not yet been able to review enough of the record to effectively present the issues on remand to this Court. The undersigned has been preparing for a multi-defendant, special circumstance homicide that was to have begun on February 7, 2006, and then was moved, mostly because of discovery issues, to

February 27, 2007. That trial date has since been vacated and reset.)

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

**IT IS SO STIPULATED**

DATED: February 10, 2006    /S/ Michael B. Bigelow
                            Michael B. Bigelow
                            Attorney for Defendant


Dated: February 10, 2006    /S/ Christine Watson
                            Christine, AUSA


**~~PROPOSED~~ ORDER**

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued to March 14, 2006. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: February 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-