**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Noel Bravo Sosa

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:01-cr-0264 MCE |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ~~(PROPOSED)~~ |
| NOEL BRAVO-SOSA, ) | Date: April 18, 2006 |
| ) | Time: 8:30 AM |
| ) | Court: MCE |
| Defendant. ) | |

**~~PROPOSED~~ ORDER**

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued from March 14, 2006 to April 18, 2006.

**IT IS SO ORDERED**

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-