**MICHAEL B. BIGELOW**
Attorney at Law
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: 916/443-0217
FAX: 916/447-2988

Attorney for Noel Bravo-Sosa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:01-cr-0264-MCE |
| ) | |
| v. ) | ~~(Proposed)~~ ORDER |
| ) | |
| ) | |
| NOEL BRAVO-SOSA, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED THAT:** Pursuant to Title 18 U.S.C. §3006A(d)(7) Noel Bravo-Sosa may proceed *n forma paueris* and prosecute his Appeal from the decision of the United States District Court, Eastern District California (Sacramento) to the Ninth Circuit Court of Appeals without prepayment of fees or costs.

DATED: June 26, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1