**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
FAX (916) 447-2988

Attorney for Petitioner
Noel Bravo-Sosa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) No. 2:01-cr-0264 MCE |
| Plaintiff, | ) |
| | ) **TRANSCRIPT DESIGNATION AND** |
| v. | ) **ORDERING; ORDER** |
| NOEL BRAVO-SOSA, | ) |
| Defendant. | ) |

   Defendant/Appellant Noel Bravo-Sosa, by and through counsel, Michael B. Bigelow, submits the following transcript designation on appeal.

**Hearing Date        Court Reporter        Proceeding**

April 18, 2006     Diane Shepard        Re-sentencing

   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five days hereof will be, obtained and delivered to the court reporter. I agree to

1

recommend payment for work done prior to cancellation of this order.

DATED: June 13, 2006

        /S/MICHAEL B. BIGELOW
        Michael B. Bigelow
        Attorney for Defendant/Appellant

**IT IS SO ORDERED**

DATED: June 26, 2006

        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE