IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                              No. CR S-01-0264 MCE GGH P

      vs.

NOEL BRAVO-SOSA,

      Movant.                               <u>ORDER</u>

_____/

        Movant has requested an extension of time to file a reply to the government's opposition to movant's motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255.

        Movant has also once again requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. <u>See</u>, <u>e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Movant's October 30, 2006, motion for an extension of time is granted;

        2. Movant is granted twenty days from the date of this order in which to file a reply to the government's opposition to movant's §2255 motion; and

3.  Movant's October 30, 2006, request for appointment of counsel is denied.

DATED: 12/4/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
brav0264.236+