# UNITED STATES DISTRICT COURT
for the

<u>EASTERN</u>   District of <u>CALIFORNIA</u>

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Noel Bravo-Sosa | ) Case No:  2:01-cr-00264-MCE |
| | ) USM No:  08854-097 |
| Date of Previous Judgment:  9/16/2003 | ) David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  293  months **is reduced to**  240 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range:  240 to 293 months | | Amended Guideline Range:  240 (statutory minimum) months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏  Other (explain):

## III. ADDITIONAL COMMENTS

A sentence of 240 months on each of Counts 1-4, all to be served concurrently, for a total term of 240 months.

Except as provided above, all provisions of the judgment dated  9/16/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  7/25/2008

Judge's signature

Effective Date: _____
(if different from order date)

MORRISON C. ENGLAND, JR.
Printed name and title