1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. CR S-01-0264 MCE GGH

12      vs.

13   NOEL BRAVO-SOSA,

14          Movant.                        ORDER

15   _____/

16          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 7, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23          Although it appears from the file that movant's copy of the findings and

24   recommendations were returned, movant was properly served.  It is the movant's responsibility to

25   keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

26   service of documents at the record address of the party is fully effective.

                                          1

1   The court has reviewed the file and finds the findings and recommendations to be

2   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3   ORDERED that:

4   1. The findings and recommendations filed October 7, 2008, are adopted in full;

5   2. Movant's October 26, 2005, motion to vacate, set aside, or correct his sentence

6   pursuant to 28 U.S.C. § 2255 is denied;

7   3. The Clerk of the Court is directed to close the companion civil case, No. CIV

8   S-05-2158 MCE GGH.

9   Dated:  December 9, 2008

10

11   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26